

January 8, 2020

To:

United States District Court

Eastern District of New York

And:

Galina Feldsherova, Esq.

Kopelevich & Feldsherova PC

241 37th St. Suite # B439

Brooklyn, NY 11232

Answer to Matter: Civil Action NO. 2:19-cv-07032 (FB)(SMG)

Plaintiff: Craig Cunningham

Good Morning Ms. Feldsherova,

In response to the Civil Action mentioned above, please be advised that Smoke Alarm Monitoring did not approve or participate in any Robocalls to Mr. Cunningham. An emergency call was made to the Plaintiff to check the smoke detector that Mr. Cunningham ordered and to insure it was properly installed. Obviously, he spoke to someone to order the Smoke Detector, provide his credit card number, make the first quarterly payment, and provide an emergency contact person (his Father.) all information needed to document his account in our system in case of an emergency. Accordingly, after no response from mail and email, no further payment approved on an outdated credit card he provided, we canceled the account, the smoke detector was never returned, and there was no other communication with the Plaintiff.

We did not give any telemarketers permission to use Robocalling in our name, or to call the Plaintiff, or to call his cell phone, or to call any other number on a Do Not Call List. To the best of our knowledge: the Yasha Company is out of business, and it has been years since we have had any business with them. None of the phone numbers listed came from our company and we suggest you investigate finding those owners as we have no part in this Civil Suit.

Very truly yours,

Teri George

Director of Business Development

NYS License # 12000028292

Personal Emergency Response Button • GPS Direct Locator anywhere in US • Two-way voice communications • Special Needs • Fall Detection • Commercial Panic Button applications •

**PRIORITY MAIL**

US POSTAGE AND FEES PAID
PRIORITY MAIL
Jan 15 2020
Mailed from ZIP 11554
PM Padded Flat Rate Env

CID: 146051
Commercial Plus Pricing
071V00996493

**PRIORITY MAIL 1-DAY**

Smoke Alarm Monitoring
Teri George
580 East Meadow Ave.
East Meadow NY 11554

C030  0006

SHIP TO:
Eastern District of NY
US District Court
225 Cadman Plaza East
Brooklyn NY 11201



Shipped via XPSship.com

USPS TRACKING #



9405 5102 0098 6907 1879 75

Civil Matter #
2-19-CV-07032(FB)(SMG)