5/8/2020 — Kflawny Mail - Re: 2:19-cv-07032-FB-SMG Cunningham v. Smoke Alarm Monitoring, Inc. et. al.

Case 2:19-cv-07032-FB-SMG   Document 15-1   Filed 05/10/20   Page 1 of 2 PageID #: 50



Gal F. <gfeldsherova@kflawny.com>

## Re: 2:19-cv-07032-FB-SMG Cunningham v. Smoke Alarm Monitoring, Inc. et. al.
1 message

**Gal F.** <gfeldsherova@kflawny.com>  
To: Thomas Williams <twwesq@optonline.net>  
Wed, Apr 29, 2020 at 12:07 PM

Counsel:
I am following up on the status of the above matter. As you are aware, by May 9, 2020, we must submit a joint letter to the court indicating whether we are settling this matter. If we cannot reach the settlement, we must submit a proposed case management schedule. Kindly advise if your client is interested in discussing the settlement or shall we proceed with proposing a case management schedule.

Regards,

> On Wed, Mar 25, 2020 at 3:16 PM Thomas Williams <twwesq@optonline.net> wrote:
> Yes
> Once I get admitted by motion I will contact you
> Tom Williams
>
> Sent from my iPhone
>
>> On Mar 25, 2020, at 2:56 PM, Gal F. <gfeldsherova@kflawny.com> wrote:
>>
>>
>> Good Afternoon Mr. Williams,
>> I am the attorneys for Plaintiff in the above-captioned matter.
>>
>> Please let me know if you wish to discuss the matter further.
>>
>> Regards,
>>
>> --
>> Galina I. Feldsherova, Esq.
>> KOPELEVICH & FELDSHEROVA, P.C.
>> 241 37th St., Ste B439
>> Brooklyn, NY 11232
>> Tel: (718) 332-0577
>> Fax: (718) 332-1644
>>
>> ************************************************************************************
>> This message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged information, and the recipient is prohibited from presenting the content of this email, including attachments, to third parties without the prior approval/consent of the sender. If you have received this message in error, please notify the sender immediately and delete this message, related references and attachment(s) from your computer immediately.
>> ************************************************************************************

--
Galina I. Feldsherova, Esq.
KOPELEVICH & FELDSHEROVA, P.C.
241 37th St., Ste B439
Brooklyn, NY 11232

Tel: (718) 332-0577
Fax: (718) 332-1644

*******************************************************************************
This message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged information, and the recipient is prohibited from presenting the content of this email, including attachments, to third parties without the prior approval/consent of the sender. If you have received this message in error, please notify the sender immediately and delete this message, related references and attachment(s) from your computer immediately.
*******************************************************************************