# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Craig Cunningham,<br>Plaintiff,<br><br>v.<br><br>Smoke Alarm Monitoring, Inc.,<br>Kenneth Mara, Yasha Marketing LLC,<br>Daniel J. Feldman,<br><br>Defendants. | §<br>§<br>§<br>§ Civil Case No.<br>§ 2:19-cv-07032 (FB)(SMG)<br>§<br>§ **CERTIFICATE OF DEFAULT**<br>§ **(Smoke Alarm Monitoring, Inc.)**<br>§ |

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Smoke Alarm Monitoring, Inc. has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Smoke Alarm Monitoring, Inc. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
      May 18, 2020

                        DOUGLAS C. PALMER, Clerk of Court

                        By: *Jalitza Poveda*
                              Deputy Clerk

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Craig Cunningham,<br>Plaintiff,<br><br>v.<br><br>Smoke Alarm Monitoring, Inc.,<br>Kenneth Mara, Yasha Marketing LLC,<br>Daniel J. Feldman,<br><br>Defendants. | §<br>§<br>§<br>§ Civil Case No.<br>§ 2:19-cv-07032 (FB)(SMG)<br>§<br>§ **CERTIFICATE OF DEFAULT**<br>§ **(Kenneth Mara)**<br>§ |

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Kenneth Mara has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Kenneth Mara is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.


Dated: Brooklyn, New York
      May 18, 2020


                                    DOUGLAS C. PALMER, Clerk of Court


                          By: *Jalitza Poveda*
                                Deputy Clerk